IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00574-REB-MJW

DISABOOM, INC., a Colorado corporation,

    Plaintiff,

v.

COWBOY INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulated Motion For Dismissal With Prejudice** [#17] filed September 9, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#17] filed September 9, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for May 29, 2009, is **VACATED**;

3. That the jury trial set to commence June 22, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 11, 2008, at Denver, Colorado.

        **BY THE COURT:**

        <u>s/ Robert E. Blackburn</u>
        **Robert E. Blackburn**
        **United States District Judge**